BLANK ROME LLP
Attorneys for Plaintiffs
NEW TRAIL CAPITAL
and MICHAEL BEER
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000
David D. Jensen (DJ-2261)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW TRAIL CAPITAL, a sole proprietorship, and MICHAEL BEER,

        Plaintiffs,

-against-

THE NORTHWEST COMPANY, INC.,

        Defendant.

07 Civ. 9679 (LAK) (RLE)

**NOTICE OF APPEARANCE**

---

        **PLEASE TAKE NOTICE,** that David D. Jensen of Blank Rome LLP, hereby enters a notice of appearance to represent Plaintiffs.

Dated:    New York, New York
            December 6, 2007

                            BLANK ROME LLP
                            Attorneys for Plaintiffs

                            By _/s/ David D. Jensen_____
                            David D. Jensen (DJ-2261)
                            405 Lexington Avenue
                            New York, NY 10174-0208
                            Tel.: (212) 885-5000

cc:    Erica D. Busch, Esq.
        Philippe A. Zimmerman, Esq.
        Moses & Singer LLP
        405 Lexington Avenue
        New York, New York 10174

119472.00602/6596563v.1