UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------
NEW TRAIL CAPITAL,

    and                                  07-cv-09679 (LAK)

MICHAEL BEER,                **RULE 7.1 DISCLOSURE**
          Plaintiffs,

        v.

THE NORTHWEST COMPANY, INC.,

          Defendant.
--------------------------------------------------

       Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant The Northwest Company, Inc. (a private nongovernmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held: None.

Dated: New York, New York
       December 10, 2007

                                      MOSES & SINGER LLP

                                      By: /s/ Erica D. Busch
                                          Philippe A. Zimmerman (PZ-7744)
                                          Erica D. Busch (EB-9379)
                                      The Chrysler Building
                                      405 Lexington Avenue
                                      New York, NY 10174
                                      Phone: (212) 554-7800
                                      Fax: (212) 554-7700
                                      pzimmerman@mosessinger.com
                                      ebusch@mosessinger.com
                                      *Attorneys for Defendant The Northwest Company, Inc.*

658714v1  010714.0106