UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
:
NEW TRAIL CAPITAL,                                              :
:
   and                                              :   Docket No. 07 CV 9580 (HB)
:
MICHAEL BEER,                                                   :
         Plaintiffs,  :
:
         v.           :   **AFFIRMATION OF SERVICE**
:
THE NORTHWEST COMPANY, INC.,                                    :
:
         Defendant.   :
--------------------------------------------------------------- X

     I, Erica D. Busch, declare under penalty of perjury that on December 10, 2007, I have served a copy of the attached:

- **Answer**
- **Rule 7.1 Disclosure Statement**

dated December 10, 2007 upon:

    David D. Jensen, Esq.
    Blank Rome LLP
    405 Lexington Avenue
    New York, NY 10174

by electronic mail and by depositing the same, properly enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the City and State of New York.

Dated:  New York, New York
       December 10, 2007

                                           /s/ Erica D. Busch_____
                                            Erica D. Busch
                                          Moses & Singer LLP
                                          405 Lexington Avenue
                                          New York, New York 10174-1299
                                          Tel.: 212-554-7800
                                          Fax: 212-554-7700

658419                              1