

**BLANK ROME** LLP
COUNSELORS AT LAW

*Phone:* (212) 885-5345
*Fax:* (917) 332-3702
*Email:* DJensen@BlankRome.com

May 30, 2008

**FILED VIA ECF**

**BY FEDERAL EXPRESS**

The Honorable Lewis A. Kaplan
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   New Trail Capital v. The Northwest Co.
               No. 07 Civ. 9679

Dear Judge Kaplan:

    We represent Plaintiffs New Trail Capital and Michael Beer in the above-captioned action. Since the initial pretrial conference held on January 11, 2008, Plaintiffs and Defendants have engaged in extensive discovery, including the exchange and review of several thousand pages of documents, and are working towards concluding fact discovery in an expeditious fashion. In light of recent developments the parties request that the Court's previous discovery schedule, Doc. No. 7, be enlarged to allow for an additional three months of fact discovery.

    Counsel for Plaintiffs and counsel for Defendant The Northwest Company have agreed to the following proposed schedule deadlines:

| | |
|---|---|
| Disclosure of Expert Witnesses | August 30, 2008 |
| Disclosure of Rebuttal Expert Witnesses | September 15, 2008 |
| Completion of All Fact Discovery | September 30, 2008 |



The Honorable Lewis A. Kaplan
May 30, 2008
Page 2

| | |
|---|---|
| Service of Summary Judgment Motions | October 30, 2008 |
| Filing of Pretrial Order, Jury Instructions, Voir Dire | October 30, 2008 |

Plaintiffs and Defendant respectfully request that the Court modify the scheduling order as proposed in this letter.

Respectfully submitted,

David D. Jensen

DDJ:aa

cc: Philippe A. Zimmerman, Esq.
Moses & Singer LLP
405 Lexington Avenue
New York, New York 10174

./v.