





**MEMO ENDORSED**

Phone:   (212) 885-5345
Fax:     (917) 332-3702
Email:   DJensen@BlankRome.com



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

May 30, 2008

RECEIVED
JUN - 2 2008
JUDGE KAPLAN'S CHAMBERS

**FILED VIA ECF**

**BY FEDERAL EXPRESS**

The Honorable Lewis A. Kaplan
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   New Trail Capital v. The Northwest Co.
            No. 07 Civ. 9679

Dear Judge Kaplan:

    We represent Plaintiffs New Trail Capital and Michael Beer in the above-captioned action. Since the initial pretrial conference held on January 11, 2008, Plaintiffs and Defendants have engaged in extensive discovery, including the exchange and review of several thousand pages of documents, and are working towards concluding fact discovery in an expeditious fashion. In light of recent developments the parties request that the Court's previous discovery schedule, Doc. No. 7, be enlarged to allow for an additional three months of fact discovery.

    Counsel for Plaintiffs and counsel for Defendant The Northwest Company have agreed to the following proposed schedule deadlines:

| | |
|---|---|
| Disclosure of Expert Witnesses | August 30, 2008 |
| Disclosure of Rebuttal Expert Witnesses | September 15, 2008 |
| Completion of All Fact Discovery | September 30, 2008 |

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong



The Honorable Lewis A. Kaplan
May 30, 2008
Page 2

| | |
|---|---|
| Service of Summary Judgment Motions | October 30, 2008 |
| Filing of Pretrial Order, Jury Instructions, Voir Dire | October 30, 2008 |

Plaintiffs and Defendant respectfully request that the Court modify the scheduling order as proposed in this letter.

Respectfully submitted,

David D. Jensen

DDJ:aa

cc:   Philippe A. Zimmerman, Esq.
      Moses & Singer LLP
      405 Lexington Avenue
      New York, New York 10174

*[Handwritten note:]* The parties were advised that extensions would not be granted in the ordinary course. The fact that the parties have not adhered to the schedule established is not good cause for an extension. Denied.

SO ORDERED

LEWIS A. KAPLAN, USDJ
6/2/08

./v.