BLANK ROME LLP
Attorneys for Plaintiffs
NEW TRAIL CAPITAL
and MICHAEL BEER
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000
David D. Jensen (DJ-2261)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| NEW TRAIL CAPITAL, a sole proprietorship, and MICHAEL BEER,<br><br>Plaintiffs,<br><br>-against-<br><br>THE NORTHWEST COMPANY, INC.,<br><br>Defendant. | 07 Civ. 9679 (LAK)(RLE)<br><br>**PROPOSED ORDER** |

It is hereby ORDERED that the Scheduling Order, Doc. No. 7, is revised as follows

(a) The parties shall make required Rule 26(a)(2) disclosures with respect to:

 (i) expert witnesses on or before – June 30, 2008

 (ii) rebuttal witnesses on or before – July 15, 2008

(b) Completion of all fact discovery – July 31, 2008

(c) Service of summary judgment motions – August 31, 2008

(d) Filing of pretrial order, proposed jury instructions and requested voir dire questions – case ready for trial – August 31, 2008

Dated:   June 12, 2008

_____
Lewis A. Kaplan
United States District Judge

119472.00602/6643928v.1