**MEMO ENDORSED**     ORIGINAL

BLANK ROME LLP
Attorneys for Plaintiffs
NEW TRAIL CAPITAL
and MICHAEL BEER
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000
David D. Jensen (DJ-2261)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW TRAIL CAPITAL, a sole proprietorship, and MICHAEL BEER,

　　　　　　Plaintiffs,

　　-against-

THE NORTHWEST COMPANY, INC.,

　　　　　　Defendant.

07 Civ. 9679 (LAK) (RLE)

**MOTION TO ADMIT COUNSEL,
JAMES T. SMITH, ESQ.
*PRO HAC VICE*
**

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David D. Jensen, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

　　James T. Smith, Esq.
　　Blank Rome LLP
　　130 North 18th Street
　　Pittsburgh, PA 19103-6998
　　Phone: (215) 569-5500 / Fax: (215) 569-5500

James T. Smith is a member in good standing of the Bar of the Commonwealth of Pennsylvania and of the State of New Jersey. There are no pending disciplinary proceedings against James T. Smith in any State or Federal Court.

Dated: June 10, 2008
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　David D. Jensen (DJ-2261)
　　　　　　　　　　　　　　　　　　　　　　　　　　　Blank Rome LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　405 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10174
　　　　　　　　　　　　　　　　　　　　　　　　　　　(212) 885-5000

*SO ORDERED*
LEWIS A. KAPLAN, USDJ
6/13/08

119472.00602/6645307v.1