BLANK ROME LLP
Attorneys for Plaintiffs
NEW TRAIL CAPITAL
and MICHAEL BEER
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000
David D. Jensen (DJ-2261)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW TRAIL CAPITAL, a sole proprietorship, and MICHAEL BEER,<br><br>Plaintiffs,<br><br>-against-<br><br>THE NORTHWEST COMPANY, INC.,<br><br>Defendant. | 07 Civ. 9679 (LAK) (RLE)<br><br>**MOTION TO ADMIT COUNSEL, REBECCA D. WARD, ESQ.**<br>*PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David D. Jensen, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

> Rebecca D. Ward, Esq.
> Blank Rome LLP
> 130 North 18th Street
> Philadelphia, PA 19103-6998
> Phone: (215) 569-5500 / Fax: (215) 569-5500

Rebecca D. Ward is a member in good standing of the Bar of the Commonwealth of Pennsylvania and the State of Illinois. There are no pending disciplinary proceedings against Rebecca D. Ward in any State or Federal Court.

Dated: July 3, 2008
       New York, New York

                                                    _____
                                                    David D. Jensen (DJ-2261)
                                                    Blank Rome LLP
                                                    405 Lexington Avenue
                                                    New York, NY 10174
                                                    (212) 885-5000

119472.00602/6651992v.1

BLANK ROME LLP
Attorneys for Plaintiffs
NEW TRAIL CAPITAL
and MICHAEL BEER
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000
David D. Jensen (DJ-2261)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW TRAIL CAPITAL, a sole proprietorship, and MICHAEL BEER,<br><br>Plaintiffs,<br><br>-against-<br><br>THE NORTHWEST COMPANY, INC.,<br><br>Defendant. | 07 Civ. 9679 (LAK) (RLE)<br><br>**AFFIDAVIT OF DAVID D. JENSEN, ESQ. IN SUPPORT OF MOTION TO ADMIT REBECCA D. WARD, ESQ. *PRO HAC VICE*** |

State of New York        )
                                    )  ss:
County of New York    )

David D. Jensen, being duly sworn, hereby deposes and says as follows:

1. I am associated with the firm Blank Rome LLP, counsel for Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiffs' Motion to Admit Rebecca D. Ward as counsel pro hac vice to represent Plaintiffs in this matter.

2. I am a member in good standing of the bars of the States of New York and New Jersey, and I was first admitted to practice law in New Jersey in 2003 and in New York in 2004. I am also admitted to the bar of the United States District Court for the Southern and Eastern Districts of New York, and I am in good standing with those Courts.

3. I have known Ms. Ward since the summer of 2007.

4. Ms. Ward is a partner at Blank Rome LLP in Philadelphia, Pennsylvania. Ms. Ward is admitted to practice in, and is a member in good standing of, the bars of the Commonwealth of Pennsylvania and the State of Illinois. Certificates of good standing obtained from these bars are attached hereto as Exhibit A.

5. I have found Ms. Ward to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Rebecca D. Ward, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Rebecca D. Ward, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Rebecca D. Ward, pro hac vice, to represent Plaintiffs in the above captioned matter, be granted.

_____
David D. Jensen (DJ-2261)

Sworn to before me this
3rd day of July, 2008

_____
Notary Public

KARL V. REDA
Notary Public, State of New York
No. 30-4783126, Qual. in Nassau Cty.
Certificate Filed in New York County
Commission Expires Nov. 30, 2009

119472.00602/6651990v.1



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Rebecca Desiree Ward
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103-6933

Chicago
Thursday, June 26, 2008

In re: Rebecca Desiree Ward
Admitted: 11/10/1994
Attorney No. 6226329

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Thomas W. Peters
Registrar

TWP:ao



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### *Rebecca Desiree Ward, Esq.*

**DATE OF ADMISSION**

*May 19, 1997*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: June 4, 2008

_____
Patricia A. Johnson
Chief Clerk

BLANK ROME LLP
Attorneys for Plaintiffs
NEW TRAIL CAPITAL
and MICHAEL BEER
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000
David D. Jensen (DJ-2261)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW TRAIL CAPITAL, a sole proprietorship, and MICHAEL BEER,<br><br>Plaintiffs,<br><br>-against-<br><br>THE NORTHWEST COMPANY, INC.,<br><br>Defendant. | 07 Civ. 9679 (LAK) (RLE)<br><br>**PROPOSED<br>ORDER FOR ADMISSION<br>*PRO HAC VICE*<br><u>ON WRITTEN MOTION</u>** |

    Upon the motion of David D. Jensen, Esq., attorney for Plaintiffs New Trail Capital and Michael Beer, and said sponsor attorney's affidavit in support;

    IT IS HEREBY ORDERED that

        Rebecca D. Ward, Esq.
        Blank Rome LLP
        130 North 18th Street
        Philadelphia, PA 19103-6998
        Phone: (215) 569-5500 / Fax: (215) 569-5500
        ward@blankrome.com

is admitted to practice pro hac vice as counsel for Plaintiffs New Trail Capital and Michael Beer in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

119472.00602/6651994v.1

-2-

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:   July __, 2008
         New York, New York

_____
Lewis A. Kaplan
United States District Judge

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

      Allison E. Alexander, being duly sworn deposes and says that she is over the age of eighteen (18) years and is not a party to this action; that on the 3rd day of July, 2008, she served the within **MOTION TO ADMIT REBECCA D. WARD, ESQ.** *PRO HAC VICE* and **AFFIDAVIT OF DAVID D. JENSEN, ESQ. IN SUPPORT OF MOTION TO ADMIT REBECCA D. WARD, ESQ.** *PRO HAC VICE,* by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the following persons at the last known address set forth after their names:

Philippe A. Zimmerman, Esq.
Moses & Singer LLP
405 Lexington Avenue
New York, New York 10174

                                                                       _____
                                                                          Allison E. Alexander

Sworn to before me this
3rd day of July, 2008

_____
Notary Public

              KARL V. REDA
     Notary Public, State of New York
    No. 30-4783126, Qual. in Nassau Cty.
     Certificate Filed in New York County
     Commission Expires Nov 30, 2009