BLANK ROME LLP
Attorneys for Plaintiffs
NEW TRAIL CAPITAL
and MICHAEL BEER
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000
David D. Jensen (DJ-2261)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW TRAIL CAPITAL, a sole proprietorship, and MICHAEL BEER,<br><br>Plaintiffs,<br><br>-against-<br><br>THE NORTHWEST COMPANY, INC.,<br><br>Defendant. | 07 Civ. 9679 (LAK) (RLE)<br><br>**PROPOSED**<br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE***<br>**ON WRITTEN MOTION** |

Upon the motion of David D. Jensen, Esq., attorney for Plaintiffs New Trail Capital and

Michael Beer, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

      Rebecca D. Ward, Esq.
      Blank Rome LLP
      130 North 18th Street
      Philadelphia, PA 19103-6998
      Phone: (215) 569-5500 / Fax: (215) 569-5500
      ward@blankrome.com

is admitted to practice pro hac vice as counsel for Plaintiffs New Trail Capital and Michael Beer

in the above-captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

119472.00602/6651994v.1

-2-

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: July 8, 2008
New York, New York

_____
Lewis A. Kaplan
United States District Judge

119472.00602/6651994v.1