OFFICE COPY
with Aff'd of Service

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

NEW TRAIL CAPITAL and MICHAEL BEER

V.

THE NORTHWEST COMPANY, INC.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 07 Civ. 9679 (LAK) (RLE)

TO: SILVERBERG, STONEHILL, GOLDSMITH & HABER, P.C.
111 WEST 40TH STREET, 33RD FLOOR
NEW YORK, NY 10018

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All documents that relate to a transaction that was contemplated between The Northwest Company and Susquehanna International Group

| PLACE  BLANK ROME LLP, 405 LEXINGTON AVENUE, NEW YORK, NY 10174 | DATE AND TIME  3/3/2008 10:00 am |
| --- | --- |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| [signature] ATTORNEY FOR PLAINTIFFS | 2/5/2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
DAVID D. JENSEN, ESQ., BLANK ROME LLP, 405 LEXINGTON AVENUE, NEW YORK, NY 10174
(212) 885-5000

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

BLANK ROME LLP
Attorneys for Plaintiffs
NEW TRAIL CAPITAL
and MICHAEL BEER
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000
David D. Jensen (DJ-2261)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW TRAIL CAPITAL, a sole proprietorship, and MICHAEL BEER,<br><br>Plaintiffs,<br><br>-against-<br><br>THE NORTHWEST COMPANY, INC.,<br><br>Defendant. | 07 Civ. 9679 (LAK) (RLE)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK   )
                    ) SS.:
COUNTY OF NEW YORK )

**MICHAEL F. WATSON,** being duly sworn, deposes and says:

1. Deponent is not a party to this action and is over 18 years of age.

2. On February 13, 2008, at approximately 4:35 p.m., deponent personally served true copies of a Subpoena In A Civil Case upon SILVERBERG, STONEHILL, GOLDSMITH & HABER, P.C., 111 West 40th Street, 33rd Floor, New York, New York 10018 by personally delivering true copies thereof, to Ms. Stacey Karp, receptionist/law clerk, who represented herself to me to be a person authorized to accept service of process on behalf of SILVERBERG, STONEHILL, GOLDSMITH & HABER, P.C..

119472.00602/6616088v.1

3. Deponent describes Ms. Karp as follows: white female, approximately 5 feet, 8 inches tall, having brown hair, weighing approximately 125 lbs. and approximately 40 years of age.

*Michael F. Watson*
Michael F. Watson

Sworn to before me this
14th day of February, 2008

_____
NOTARY PUBLIC

KARL V. REDA
Notary Public, State of New York
No. 30-4783126, Qual. in Nassau Cty.
Certificate Filed in New York County
Commission Expires Nov 30, 2009

347288.1
119472.00602/6616088v.1

2