AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

SOUTHERN             DISTRICT OF            NEW YORK

| NEW TRAIL CAPITAL and MICHAEL BEER | SUBPOENA IN A CIVIL CASE |
|---|---|
| V. | |
| THE NORTHWEST COMPANY, INC. | Case Number:[1] 07 Civ. 9679 (LAK) (RLE) |

TO: MOSES & SINGER LLP
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All documents that relate to a transaction that was contemplated between The Northwest Company and Susquehanna International Group

| PLACE  BLANK ROME LLP, 405 LEXINGTON AVENUE, NEW YORK, NY 10174 | DATE AND TIME  3/3/2008 10:00 am |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | 2/4/2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

DAVID D. JENSEN, ESQ., BLANK ROME LLP, 405 LEXINGTON AVENUE, NEW YORK, NY 10174
(212) 885-5000

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.