UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NEW TRAIL CAPITAL, et ano.,

                Plaintiffs,

-against-                                    07 Civ. 9679 (LAK)

THE NORTHWEST COMPANY, INC.,

                Defendant.
------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

    Plaintiffs' motion to compel and for other relief [DI 18] is denied.

    Insofar as the motion seeks an order effectively compelling disclosure, it appears to be moot in most or all respects but in any case was made without compliance with Rule 37(a)(1). If after counsel have conferred in good faith any part of this dispute requires judicial intervention, either party may file an appropriate motion.

    SO ORDERED.

Dated:    July 28, 2008

                                                      Lewis A. Kaplan
                                               United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08