UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------
NEW TRAIL CAPITAL,

    and

MICHAEL BEER,
            Plaintiffs,

    v.

THE NORTHWEST COMPANY, INC.,

            Defendant.
-------------------------------------------------

: Case No. 07-cv-09679 (LAK)

: **NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE THAT** Defendant The Northwest Company ("Northwest"), has appeared in this action and demand is hereby made that all papers in this action be served upon the undersigned at the office, post office and electronic mail addresses indicated below.

Dated: August 7, 2008
       New York, New York

                              MOSES & SINGER LLP
                              *Attorneys for Defendant*

                              By: _____
                                   Jennifer Nigro (JN 3584)

                              The Chrysler Building
                              405 Lexington Avenue
                              New York, New York 10174
                              Tel. 212-554-7800
                              Fax 212-554-7700
                              jnigro@mosessinger.com

TO:

David D. Jensen, Esq.
Blank Rome LLP
*Attorneys for Plaintiffs*

The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208

Via Email and U.S. Mail