UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ :
NEW TRAIL CAPITAL, :
 :
   and : Case No.  07-cv-09679 (LAK)
 :
MICHAEL BEER, :
         Plaintiffs, :
 : **NOTICE OF APPEARANCE**
   v. :
 :
THE NORTHWEST COMPANY, INC., :
 :
        Defendant. :
 :
------------------------------------------------------ :

     **PLEASE TAKE NOTICE THAT** Defendant The Northwest Company ("Northwest"), has appeared in this action and demand is hereby made that all papers in this action be served upon the undersigned at the office, post office and electronic mail addresses indicated below.

Dated: August 7, 2008
      New York, New York

                        MOSES & SINGER LLP
                        *Attorneys for Defendant*

                        By: _____
                             Jordan Greenberger (JG 0316)

                        The Chrysler Building
                        405 Lexington Avenue
                        New York, New York  10174
                        Tel. 212-554-7800
                        Fax 212-554-7700
                        jgreenberger@mosessinger.com

TO:

David D. Jensen, Esq.
Blank Rome LLP
*Attorneys for Plaintiffs*

The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208

Via Email and U.S. Mail