```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEW TRAIL CAPITAL

and

MICHAEL BEER

    Plaintiffs,

v.

THE NORTHWEST COMPANY, INC.,

    Defendant.

07-cv-9679 (LAK)(RLE)

STIPULATION

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Michael Beer and New Trail Capital, and Defendant, The Northwest Company, Inc., by and through their undersigned counsel, that the deadlines for service of motions for summary judgment and the filing of pretrial submissions are adjourned from Sunday, August 31, 2008 to Monday, September 22, 2008.

Dated: August 7, 2008

By: _____
JAMES T. SMITH (admitted *pro hac vice*)
REBECCA D. WARD (admitted *pro hac vice*)
DAVID JENSEN (DJ 2261)
BLANK ROME LLP
405 Lexington Avenue
New York, NY 10174
(212) 885-5000
Counsel for Plaintiffs

By: _____
PHILIPPE ZIMMERMAN (PZ 7744)
JENNIFER NIGRO (JN 3584)
MOSES & SINGER LLP
405 Lexington Avenue
New York, NY 10174
(212) 554-7800

Counsel for Defendant

So Ordered:

_____
U.S.D.J.
Date: 8/12/08   Part I

708953v1 010714.0100